## Chris NIELSON, Appellee, v. THE Steam Tug P. R. R. NO. 26, Pennsylvania Railroad Company, Appellee, THE Steam Tug DAUNTLESS NO. 5, Impleaded, etc., Port Jefferson Transportation Company, Inc., Appellant.
### No. 346.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Benjamin Slade, of New York City, for appellant.

Burlingham, Veeder, Fearcy, Clark & Hupper, of New York City (Chauncey I. Clark and Paul Tison, both of New York City, of counsel), for The P. R. R. No. 26.

Raymond E. Stefferson, of New York City (Edwin M. Bourke, of New York City, of counsel), for the Dauntless No. 5.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.